IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARCUIECE LAMAR JOHNSON**                                                                 **PLAINTIFF**

v.                          Case No. 4:25-cv-00258-KGB-JJV

**FAULKNER COUNTY DETENTION
CENTER UNIT 1,** *et al.*                                                                 **DEFENDANTS**

## ORDER

     Before the Court is the partial recommended disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 8). The Court has reviewed the Recommendation (*Id.*). No party has filed objections to the Recommendation, and the time to do so has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). *Pro se* plaintiff Marcuiece LaMar Johnson's claims against separate defendant Faulkner County Detention Center Unit 1 are dismissed with prejudice. Mr. Johnson's claims against separate defendant Doe are dismissed without prejudice. Mr. Johnson may proceed with his conditions of confinement and equal protection claims against separate defendants Watkins, Harrison, and Ussery. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

     It is so ordered this 9th day of June, 2025.

                                                    _____
                                                    Kristine G. Baker
                                                    Chief United States District Judge